UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott K., | Case No. 19-cv-2276 (WMW/KMM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Andrew Saul, Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on the February 19, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 18). Defendant filed a notice of non-objection to the R&R. Plaintiff does not object to the R&R. In the absence of objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The February 19, 2020 R&R, (Dkt. 18), is **ADOPTED**.

2. Defendant Andrew Saul's Motion for Remand, (Dkt. 14), is **GRANTED**.

3. The Motion for Summary Judgment, (Dkt. 12), of Plaintiff Scott K. is **GRANTED IN PART** to the extent it seeks remand for further proceedings.

4. This case is remanded to the Social Security Administration for further proceedings pursuant to 42 U.S.C. § 405(g).

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  March 25, 2020                                              s/Wilhelmina M. Wright    
                                                                    Wilhelmina M. Wright
                                                                    United States District Judge